1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| | | |
|---|---|---|
| TYSHON MALEKE HARMON, | ) | No. C 10-4053 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | TO FILE SUPPLEMENTAL |
| v. | ) | COMPLAINT |
| | ) | |
| DOCTOR RICHARD MACK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

17
18
19
20
21

    Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42
U.S.C. § 1983 alleging that various Salinas Valley State Prison ("SVSP") officials violated his
constitutional rights.  On November 24, 2010, the Court ordered service upon named
Defendants.  Plaintiff filed a motion for leave to file an amended complaint.  A review of the
amended complaint reveals that it adds a little more information to the complaint, however, the
bulk of factual allegations, as well as all the exhibits remain the same.

22
23
24
25
26
27

    An amended complaint filed as a matter of course or after leave of court supersedes the
original complaint.  "[A] plaintiff waives all causes of action alleged in the original complaint
which are not alleged in the amended complaint."  *London v. Coopers & Lybrand*, 644 F.2d 811,
814 (9th Cir. 1981).   Thus, if the Court granted Plaintiff's motion to amend his complaint, the
only operative complaint in this action would be the amended complaint.

28

    Rather than requiring the Plaintiff to file one complete Second Amended Complaint,

1   encompassing all that is included in both Plaintiff's original complaint and motion to amend the

2   complaint, the Court exercises its discretion and construes Plaintiff's motion as a motion to

3   supplement his complaint under Rule 15(d).  *See* Fed. R. Civ. P. 15(d); *cf. Griffin v. County Sch.*

4   *Bd. of Prince Edward County*, 377 U.S. 218, 226 (1964) (supplemental pleading proper where

5   new transactions not new cause of action, but merely part of "same old cause of action"

6   originally raised).

7        So construed, Plaintiff's motion is GRANTED.

8        IT IS SO ORDERED.

9   DATED:   1/31/11

                         LUCY H. KOH

10                    United States District Judge