1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  TYSHON MALEKE HARMON,              )     No. C 10-4053 LHK (PR)
                                       )
12              Plaintiff,             )     ORDER ADDRESSING
                                       )     PENDING MOTIONS
13       v.                            )
                                       )
14  DOCTOR RICHARD MACK, et al.,       )     (Docket Nos. 31, 34, 36)
                                       )
15              Defendants.            )
                                       )
16

17   Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42

18  U.S.C. § 1983 alleging that various Salinas Valley State Prison ("SVSP") officials violated his

19  constitutional rights. On November 24, 2010, the Court ordered service upon named

20  Defendants. Plaintiff filed a motion for leave to file an amended complaint. On December 27,

21  2010, summonses were returned executed. On March 7, 2011, Plaintiff filed a motion for entry

22  of default against Defendants for failing to appear or filed an answer. On March 8, 2011,

23  Defendants filed a waiver of answer. On March 31, 2011, Defendants filed a motion for

24  extension of time to file a dispositive motion.

     In Defendants' motion for extension of time, defense counsel explains that although a

25  dispositive motion was due at the end of February 2011, he did not receive the request for

26  representation until after the deadline had already passed. Moving in good faith, defense counsel

27  requests a new deadline for filing a dispositive motion. Good cause being shown, the Court

28

1  GRANTS the motion for an extension of time to file a dispositive motion.  Defendants shall file
2  their motion no later than June 29, 2011.  Plaintiff shall file his opposition thirty (30) days
3  thereafter.  Defendants shall file their reply fifteen (15) days after the filing of the opposition.  In
4  light of Defendants' explanation, and, there being no apparent prejudice to Plaintiff, the motion
5  for entry of default is DENIED.

6  Plaintiff also filed a motion for an early settlement conference.  Defendants have filed an
7  opposition.  At this early stage in the litigation, Plaintiff's motion is DENIED without prejudice.

8  IT IS SO ORDERED.

9  DATED:   4/13/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge