IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSHON MALEKE HARMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOCTOR RICHARD MACK, et al.,<br><br>　　　　Defendants. | No. C 10-4053 LHK (PR)<br><br>ORDER GRANTING<br>EXTENSION OF TIME FOR<br>PLAINTIFF TO LOCATE<br>UNSERVED DEFENDANTS |

　　　　Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 24, 2011, the Court advised Plaintiff that it was his responsibility to provide the Court with information necessary to locate Defendants Kachare, Remington, Bowman, Rodriguez and Moses. In that Order, the Court directed Plaintiff to provide sufficient information within thirty days to effectuate service, or face dismissal of Defendants Kachare, Remington, Bowman, Rodriguez and Moses. *See* Fed. R. Civ. P. 4(m). The Court also instructed the Clerk to update Plaintiff's address.

　　　　On June 6, 2011, the Order was returned as undeliverable. A review of the documents indicates that while the Clerk updated Plaintiff's address, the Order was not mailed to Plaintiff's updated address, but to his prior address. Thus, it appears that Plaintiff never received notice of the Court's Order directing him to locate unserved Defendants. Accordingly, the Court *sua sponte* GRANTS Plaintiff an extension of time to locate unserved Defendants. **Failure to**

1 **provide the Court with accurate and current information for Defendants Kachare,**
2 **Remington, Bowman, Rodriguez, and Moses such that the Marshal is able to effect service**
3 **upon them within thirty days of the date this Order is filed will result in the dismissal**
4 **without prejudice of the claims against said Defendants.** The Clerk shall mail a copy of the
5 Court's May 24, 2011 Order to Plaintiff at the address currently on record.

6  IT IS SO ORDERED.

7 DATED:  7/29/11

_____
LUCY H. KOH
United States District Judge