IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYSHON MALEKE HARMON, | ) | No. C 10-4053 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING |
| v. | ) ) | PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE |
| DOCTOR RICHARD MACK, et al., | ) ) | OPPOSITION TO DEFENDANTS' MOTION FOR |
| Defendants. | ) ) | SUMMARY JUDGMENT |
| | ) | (Docket No. 57) |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for an extension of time to file his opposition to Defendants' motion for summary judgment.

Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his opposition within **thirty (30) days** from the date this order is filed. Defendants shall file a reply no later than **fifteen (15) days** thereafter.

This order terminates docket no. 57.

IT IS SO ORDERED.

DATED:   8/8/11

LUCY H. KOH
United States District Judge