IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSHON MALEKE HARMON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOCTOR RICHARD MACK, et al.,<br><br>　　　　Defendants. | No. C 10-4053 LHK (PR)<br><br>ORDER DENYING MOTION FOR THE COURT TO ISSUE SERVICE; GRANTING EX PARTE MOTION TO EXCEED PAGE LIMITATIONS<br><br>(Docket Nos. 64, 67) |

　　　　Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging that various Salinas Valley State Prison ("SVSP") officials violated his constitutional rights. The Court has directed Plaintiff to locate and provide sufficient location information for five unserved Defendants so that the U.S. Marshal could effect service on them. On September 8, 2011, Plaintiff filed a motion for the Court to "issue service upon the Law Offices of Nancy E. Hudgins" on behalf of unserved Defendants. There is no indication that the Law Offices of Nancy E. Hudgins represents unserved Defendants, nor does it purport to do so. Plaintiff's motion is DENIED.

　　　　On September 12, 2011, Plaintiff filed an "affidavit" in support of his opposition to Defendants' motion for Summary Judgment and Motion for dismissal. The Court construes this "affidavit" as an opposition. That same day, Plaintiff filed an ex parte motion to exceed the page limitations in his 34-page opposition. Plaintiff's motion is GRANTED.

Order Denying Motion for the Court to Issue Service; Granting Ex Parte Motion to Exceed Page Limitations
P:\PRO-SE\SJ.LHK\CR.10\Harmon053misc2.wpd

1  IT IS SO ORDERED.

2  DATED:  9/21/11

   _____
   LUCY H. KOH
3  United States District Judge