1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  TYSHON MALEKE HARMON,        )   No. C 10-4053 LHK (PR)
                                 )
12        Plaintiff,             )   ORDER DENYING MOTION TO
                                 )   HAVE SALINAS VALLEY STATE
13     v.                        )   PRISON PROVIDE ADDRESSES
                                 )   ON RECORD; DISMISSING
14  DOCTOR RICHARD MACK, et al., )   UNSERVED DEFENDANTS
                                 )   WITHOUT PREJUDICE
15        Defendants.            )
                                 )   (Docket No. 74)
16

17     Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42

18  U.S.C. § 1983 alleging that various Salinas Valley State Prison ("SVSP") officials violated his

19  constitutional rights. On May 24, 2011 the Court issued its first order directing Plaintiff to

20  locate and provide sufficient location information for five unserved Defendants so that the

21  United States Marshal could effect service on them. On October 6, 2011, after a series of

22  requests for extension of time, and motions for the Court to compel others to produce addresses,

23  Plaintiff filed a motion to compel Salinas Valley State Prison to provide the addresses on record

24  of the unserved Defendants.  In this circuit, if the Marshal is unable to effectuate service

25  through no fault of his own because the plaintiff failed to provide sufficient information, or

26  because the defendant is not where plaintiff alleges, and the plaintiff is informed of this lack of

27  information, plaintiff must seek to remedy the situation or face dismissal. *See Walker v. Sumner*,

28

Order Denying Motion to Have Salinas Valley State Prison Provide Addresses on Record; Dismissing Unserved
Defendants without Prejudice
P:\pro-se\sj.lhk\cr.10\Harmon053misc3

14 f.3d 1415, 1421-22 (9th Cir. 1994), *overruled on other grounds by Sandin v. Connor*, 515 U.S. 472 (1995) (prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) because prisoner did not prove that he provided Marshal with sufficient information to serve official or that he requested that official be served).  Thus, Plaintiff's motion to compel is DENIED.

On September 19, 2011, the court issued an order granting Plaintiff one more extension of time to locate the unserved Defendants.  The Court cautioned Plaintiff that he "must provide the Court with accurate and sufficient information for Defendants Kachare, Remington, Bowman, Rodriguez, and Moses such that the Marshal is able to effect service upon them," or face dismissal of those Defendants.  More than thirty days from the date of that order have passed, and Plaintiff has not provided the Court with any further identifying or location information for any of the five unserved Defendants.

Accordingly, Defendants Kachare, Remington, Bowman, Rodriguez, and Moses are DISMISSED from this action without prejudice.

IT IS SO ORDERED.

DATED: 11/22/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge