IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSHON MALEKE HARMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOCTOR RICHARD MACK, et al.,<br><br>　　　　Defendants. | No. C 10-4053 LHK (PR)<br><br>ORDER DENYING MOTION TO HAVE SALINAS VALLEY STATE PRISON PROVIDE ADDRESSES ON RECORD; DISMISSING UNSERVED DEFENDANTS WITHOUT PREJUDICE<br><br>(Docket No. 74) |

　　　　Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging that various Salinas Valley State Prison ("SVSP") officials violated his constitutional rights. On May 24, 2011 the Court issued its first order directing Plaintiff to locate and provide sufficient location information for five unserved Defendants so that the United States Marshal could effect service on them. On October 6, 2011, after a series of requests for extension of time, and motions for the Court to compel others to produce addresses, Plaintiff filed a motion to compel Salinas Valley State Prison to provide the addresses on record of the unserved Defendants.  In this circuit, if the Marshal is unable to effectuate service through no fault of his own because the plaintiff failed to provide sufficient information, or because the defendant is not where plaintiff alleges, and the plaintiff is informed of this lack of information, plaintiff must seek to remedy the situation or face dismissal. *See Walker v. Sumner*,

1  14 f.3d 1415, 1421-22 (9th Cir. 1994), *overruled on other grounds by Sandin v. Connor*, 515
2  U.S. 472 (1995) (prisoner failed to show cause why prison official should not be dismissed under
3  Rule 4(m) because prisoner did not prove that he provided Marshal with sufficient information to
4  serve official or that he requested that official be served).  Thus, Plaintiff's motion to compel is
5  DENIED.

6  On September 19, 2011, the court issued an order granting Plaintiff one more extension
7  of time to locate the unserved Defendants.  The Court cautioned Plaintiff that he "must provide
8  the Court with accurate and sufficient information for Defendants Kachare, Remington,
9  Bowman, Rodriguez, and Moses such that the Marshal is able to effect service upon them," or
10 face dismissal of those Defendants.  More than thirty days from the date of that order have
11 passed, and Plaintiff has not provided the Court with any further identifying or location
12 information for any of the five unserved Defendants.

13 Accordingly, Defendants Kachare, Remington, Bowman, Rodriguez, and Moses are
14 DISMISSED from this action without prejudice.

15 IT IS SO ORDERED.

16 DATED:  11/22/11

   *Lucy H. Koh*
17 LUCY H. KOH
   United States District Judge