IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYSHON M. HARMON, | ) | No. C 10-4053 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| RICHARD MACK, et al., | ) | |
| Defendants. | ) | |

The Court has granted Defendants' motion for summary judgment. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/22/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.10\Harmon053_msj.jud.hhl.wpd