IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSHON MALEKE HARMON,<br><br>    Plaintiff,<br><br> v.<br><br>DOCTOR RICHARD MACK, et al.,<br><br>    Defendants. | No. C 10-4053 LHK (PR)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME; ACCESS TO PRISON LAW LIBRARY<br><br>(Docket No. 94) |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for an extension of time to file a supplemental response. Plaintiff also requests an order giving him access to the prison law library. On March 22, 2012, the Court GRANTED Defendants' motion for summary judgment, and entered a Judgment. The case was subsequently closed. Thus, Plaintiff's requests are **DENIED** as moot.

This order terminates docket no. 94.

IT IS SO ORDERED.

DATED: 4/9/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Denying Plaintiff's Motion for Ext. Of Time; Access to Law Library
G:\PRO-SE\SJ.LHK\CR.10\Harmon053deny_dismiss.wpd