IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSHON MALEKE HARMON,            )<br>                                                            )<br>            Plaintiff,                          )<br>                                                            )<br>    v.                                                 )<br>                                                            )<br>DOCTOR RICHARD MACK, et al.,   )<br>                                                            )<br>            Defendants.                      )<br>_____) | No. C 10-4053 LHK (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY; DENYING MOTION TO SHOW CAUSE<br><br><br><br><br>(Docket Nos. 97 & 98) |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. On March 22, 2012, the Court GRANTED Defendants' motion for summary judgment, and entered a Judgment. The case was subsequently closed.

Before the Court is Plaintiff's motion for discovery and extension of time (docket no. 97), and a motion to show cause, (docket no. 98). Plaintiff filed a notice of appeal on April 2, 2012, (docket no. 95), before he filed the instant motions. Accordingly, Plaintiff's requests are **DENIED**. Plaintiff must file such requests directly with the Ninth Circuit Court of Appeals before whom this matter is now pending.

This order terminates docket nos. 97 and 98.

IT IS SO ORDERED.

DATED: 4/26/12

LUCY H. KOH
United States District Judge

Order Denying Plaintiff's Motions
G:\PRO-SE\SJ.LHK\CR.10\Harmon053_postappeal.wpd